PITTMAN, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(A), Ala. R. App. P.; Ala. Code 1975, § 12-15-319(a)(12) ; Campbell v. White, 77 Ala. 397, 398 (1884) ; J.C. v. State Dep't of Human Res., 986 So.2d 1172, 1183 (Ala. Civ. App. 2007) ; K.N.F.G. v. Lee Cty. Dep't of Human Res., 983 So.2d 1108, 1115 (Ala. Civ. App. 2007) ; Ex parte Russell, 911 So.2d 719, 725 (Ala. Civ. App. 2005) ; S.C.D. v. Etowah Cty. Dep't of Human Res., 841 So.2d 277, 278 (Ala. Civ. App. 2002) ; and 17 C.J.S. Continuances § 41.
Thompson, P.J., and Thomas and Donaldson, JJ., concur.
Moore, J., dissents, with writing.